IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:03-CV-157-H(2)

| | |
|---|---|
| PETER HUNT and SHARON HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER SETTING TRIAL DATE** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| DYNACORP, and STEVEN ALAN KLOTZ, ) | |
| ) | |
| Defendants. ) | |

This matter is set before the Honorable Malcolm J. Howard for jury trial on January 18, 2005 in Greenville, North Carolina.

SO ORDERED.

This 12th day of April 2004

DAVID W. DANIEL
United States Magistrate Judge