IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA
GREENVILLE DIVISION
FILE NO. 4:03-CV-157-H2



| | |
|---|---|
| PETER HUNT and wife, SHARON HUNT, <br> Plaintiffs <br> vs. <br> DYNCORP, and STEVEN ALAN KLOTZ, <br> Defendants | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED between counsel for the Plaintiffs and counsel for the Defendants that all matters and things in controversy between the aforementioned parties have been settled and adjusted between said parties, and that all claims asserted by the Plaintiffs against the Defendants in this litigation be DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This the _29_ day of _October_, 2004.

ROBERT C. DODGE, P.A.

By: _____
Robert C. Dodge
Attorney for Plaintiffs
P. O. Box 1062
Beaufort, N.C. 28516-1062
Telephone: (252) 728-4266
Facsimile: (252) 728-4598
State Bar No.: 15846

BATTLE, WINSLOW, SCOTT & WILEY, P.A.

By: _____
M. Greg Crumpler
Attorneys for Defendants
P. O. Box 7100
Rocky Mount, NC 27804-0100
Telephone: (252) 937-2200
Facsimile: (252) 937-8100
State Bar No.: 12374